ACCEPTED
01-15-00123-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 4:53:35 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-000123-CV

_____

~~FILED~~ IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 4:53:35 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS

## HOUSTON, TEXAS

_____

## JAMI DAVENPORT

## Appellant,

## V.

## ALIGN STRATEGIC PARTNERS, LLC

## Appellee.

_____

## On Appeal from the 80th Judicial District

## Court of Harris County, Texas

## Trial Court Cause No. 2012-56614

_____

## WITHDRAWAL OF NOTICE OF APPEAL AND VOLUNTARY DISMISSAL

_____

Appellant, Jami Davenport, withdraws her notice of appeal and requests that her appeal be dismissed pursuant to Tex. R. App. P. 42.1(a)(1). No appellate decision has issued in this case.

Respectfully submitted,

*/s/ Howard L. Steele, Jr.*
Howard L. Steele, Jr.
State Bar No.:  24002999
One Allen Center, Penthouse
500 Dallas, Suite 3440
Houston, Texas 77002
Telephone:  (713) 659-2600
Facsimile:  (713) 659-2601
hsteele@steele-law-group.com

**Attorney for Appellant**


## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, a copy of the forgoing was served on the following pursuant to the Texas Rules of Civil Procedure via electronic filing and electronic mail:

Rachel Steely
Jessica Glatzer Mason
GARDERE WYNNE SEWELL LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, Texas 77002
Telephone: (713) 276-5555
E-mail: rsteely@gardere.com
E-mail: jmason@gardere.com

**Attorneys for Align Strategic Partners, LLC**


*/s/Howard L. Steele, Jr.*
HOWARD L. STEELE, JR.